IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-03-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLES BURCHELL, | |
| Defendant. | |

Upon the United States Unopposed Motion to Dismiss Indictment (Doc. 24), and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in the above-reference case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the trial in this matter set for Tuesday, May 30, 2023 at 9:00 a.m. is **VACATED.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 23rd day of March, 2023.

SUSAN P. WATTERS
United States District Judge

1